FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 MAY 23 A 10: 30

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

UNITED STATES OF AMERICA :

VS. : CR204-12

GRAYSON COLEY STEVERSON :

## O R D E R

The judgment of this Court in the above-styled action having been affirmed by the United States Court of Appeals for the Eleventh Circuit,

IT IS HEREBY ORDERED that the Judgment of the Eleventh Circuit is made the Judgment of this Court.

SO ORDERED, this 23 day of May, 2005.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA